**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Richard Brady #736045

7901 State Rd.

Phila Pa 19136

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Curran Fromhold correctional

Facility

7901 State Rd

Phila PA 19136

11    3778

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

**A.**    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Richard Brady

ID # 736045

Current Institution Curran Fromhold correctional Facility

Address 7901 State Rd

Phila PA 19136

Rev. 10/2009

**B.**     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Officer Anderson_____ Shield #_____
Where Currently Employed _Curran Fromhold correctional Facility_
Address _7901 State Rd_____
_____ Phila PA 19136_____

Defendant No. 2
Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 3
Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 4
Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 5
Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

## II.     Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

**A.**     In what institution did the events giving rise to your claim(s) occur? _B1-1   D2-1_
_Pod Curran Fromhold correctional Facility 7901 State Rd Phila PA 19136_

**B.**     Where in the institution did the events giving rise to your claim(s) occur? _B1-1  A2-1_
_C.C.F_____

**C.**     What date and approximate time did the events giving rise to your claim(s) occur? _1995 yr_
_1999, 2000 yr  2010 yr   2011 yr    6/1/11_____

| | |
|---|---|
| **What happened to you?** | D.  Facts: _Triple Ceiling_ |

| | |
|---|---|
| **Who did what?** | STAFF Put me in A Multi Room housing Four MAN in one SmAll Cell No windows |

| | |
|---|---|
| **Was anyone else involved?** | Other Inmates |

| | |
|---|---|
| **Who else saw what happened?** | Staff And inmates |

## III.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Stress depression Headaches_

## IV.     Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _✓_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Curran Fromhold correctional Facility_

_7901 State Rd Phila PA 19136_

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_ No ____ Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know _✓_

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1.    Which claim(s) in this complaint did you grieve? _Triple Ceiling_

2.    What was the result, if any? _N/R e_

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____ I
Filed  GRIEVANCES  IN  STAFF  BOX
ON  POD _____
_____
_____

    2.    If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any:_____
_____
_____ N/A
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____
_____
_____ N/A _____
_____
_____
_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). I  want  to  be  compensated
For  Triple  celling  And  Four  man  Multi  Room
Cell  with  no  windows  in  the  Amount  of  three
Hundred  Thousand  dollars  thats  $ 300,000  dollars
thank  you
_____
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.    Previous lawsuits:**

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

On these claims

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**On other claims**

C.    Have you filed other lawsuits in state or federal court?

Yes _____ No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

_____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _1_ day of ___June_____, 20_11_.

Signature of Plaintiff x _Richard Brady_

Inmate Number _736045_

Institution Address _7901 State Rd Phila PA 19136_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.


I declare under penalty of perjury that on this __1__ day of _____June_____, 20__11__, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.




Signature of Plaintiff: X _Richard Brady_


*Rev. 10/2009*                                    - 8 -

ASD ☐
CFCF ☑
DC ☐
HOC ☐
PICC ☐

# Philadelphia Prison System

## Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name _Richard Brady_

Intake Number _110665?_

Housing Unit _____

Police Photo Number _7___9_

| Description of Grievance, Incident or Problem |
|---|
| (include date and time of incident) |

I want to be moved

to a two man

cell

300 one

| Action Requested by Inmate: |
|---|

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

| Describe how and when you tried to resolve this Grievance informally. |
|---|

Date that you are depositing this Grievance in a grievance box:

X _Richard Brady_
(Signature of Grievant)

(Date)

Distribution: 1. Deputy Warden for Administration    2. Warden    3. Inmate's Receipt of Filing
86-570